No. 70–5003.  CAPLER *v.* MISSISSIPPI.  Sup. Ct. Miss.

No. 70–5006.  HAMBY ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C.

No. 70–5008.  DAVID, AKA DAVIS *v.* TEXAS.  Ct. Crim. App. Tex.

No. 70–5011.  THAMES *v.* TEXAS.  Ct. Crim. App. Tex.

No. 70–5016.  STRONG *v.* LOUISIANA.  Sup. Ct. La.

No. 70–5017.  FULLER *v.* SOUTH CAROLINA.  Sup. Ct. S. C.

No. 70–5018.  MILLER *v.* NORTH CAROLINA.  Sup. Ct. N. C.

No. 70–5019.  FOGG *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  Sup. Ct. Va.

No. 70–5022.  TEA *v.* TEXAS.  Ct. Crim. App. Tex.

No. 70–5023.  DOUGLAS ET AL. *v.* LOUISIANA.  Sup. Ct. La.

No. 70–5027.  ALVAREZ *v.* NEBRASKA.  Sup. Ct. Neb.

No. 70–5031.  SELLARS *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.

No. 70–5034.  TYLER *v.* WASHINGTON.  Sup. Ct. Wash.

No. 70–5043.  HERRON *v.* TENNESSEE.  Ct. Crim. App. Tenn.

No. 70–5044.  JACKSON *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.

No. 70–5046.  JOHNSON *v.* MARYLAND.  Ct. App. Md.